*BANKRUPTCY # 12-10616 smb* *PANTANG*

## KIM E. FULLER – INDEPENDENT JOURNALIST / INVESTIGATIVE REPORTER

### 1330 Avenue of the Americas Suite 23A

### New York, NY 10019

### ALT # for Kim E. Fuller – (347) 339 - 3742

**BANCO POPULAR N.A.**

120 Broadway, 16th Floor

New York, N.Y. 10271

**Attn: Matt Forde – Corporate Counsel**

**Attn: Evelyn De Jesus**

**BANCO POPULAR NORTH AMERICA**

**WILFREDO FUENTES - SENIOR VICE PRESIDENT**

**C/O SANKEL, SKURMAN & MCCARTIN, LLP**

750 Third Avenue

New York, New York 10017

(212) 682 - 2288

FILED
U.S. BANKRUPTCY COURT
2012 MAR 30  P 2: 01

### <u>NOTICE OF OFFICIAL MEDIA INVESTIGATION</u>

**Investigation Commencement Date: March 8, 2012**

**Follow – up Documentation dated: March 28, 2012**

Below you will find the original letter served to you on March 21, 2012, as stated in the letter, Banco Popular was given five business days to CEASE and DESIST ALL actions

In pursuit of this case, or we would proceed to the next step.  The deadline was reached yesterday at 5:00 PM! As we have received no response, we forwarded the documents to your main corporate office in Illinois to your bank President Mr. Carlos Vasquez, scheduled to be received at his office by 10:30 this morning.  I am therefore advising your establishment, once again to Cease and Desist pursuit of this illegal, highly fraudulent transaction in an attempt to avoid a deluge of NEGATIVE media publicity, in which the entire multi cultural media community will receive copies of the same! For your information Ms. Newkirk has received a NOTICE TO QUIT from the receivers law firm as of yesterday, this attempt to continue the illegal eviction is not what was anticipated, however the fact that it was done after we met with you, is the initial grounds for us to proceed and do what we must do! Even if the final outcome is

the SHUTTING DOWN OF YOUR BANK throughout The United States of America . Please be advised that your law firm is actively engaging in an ILLEGAL EVICTION ATTEMPT, due to the property in question being illegally claimed by Banco Popular through the FRAUDULENT FORECLOSURE obtained by a FRAUDULENT COMMERCIAL MORTGAGE placed by the bank on a TWO FAMILY RESIDENTIAL PROPERTY! Your firms continued involvement with this ILLEGAL PROCEDURE WILL RESULT IN CRIMINAL CHARGES AS A CO - CONPIRING FIRM WILL BE SUBMITTED TO THE JUDICIAL SYSTEM and THE APPROPRIATE GREIVANCE COMMITTEE, THE NEW YORK BAR ASSOCIATION, THE NYS BANKING DEPARTMENT - FRAUD DIVISION, MANHATTAN DISTRICT ATTORNEY'S OFFICE, DEPARTMENT OF JUSTICE, DEPARTMENT OF CONSUMER AFFAIRS and THE ENTIRE MULTI - CULTURAL MEDIA COMMUNITY!

Hoping for you to give serious thought to this matter, in an attempt to end this problem.

---

Kim Fuller – Investigative Journalist

**Regarding : THE ILLEGAL ACTIONS OF BANCO POPULAR AGAINST:**

**HOMEOWNER CAROL NEWKIRK AND SON PAUL QUANTANO**

**IN REFERENCE TO THE LEGAL RESIDENCE OF 323 EAST 58TH**

**NEW YORK NY 10022**

Please take notice, that upon the sworn affidavit of, Ms. CAROL NEWKIRK, on behalf of herself and her son PAUL QUANTANO, I Kim E. Fuller – Independent Journalist / Investigative Reporter have deemed that her case has sufficient circumstances to merit investigation and the reporting of findings to the multi – cultural media community, first of those findings being why she has being unfairly targeted by the bank attempting to take her home and evict her and her son.

It is not the Banks responsibility to attempt to connive and cheat their multi – cultural customers, who did all transactions in compliance following bank protocol, only for the bank to CHEAT them out of vast monies paid to them over the years (Since 2002) and not receive the same respect and courtesies being given to resolve the matter in an amicable manner. Based upon the purely despicable treatment that Ms. Newkirk has received We will through our media channels organize commence in an action to SHUT YOUR BANKING ESTABLISMENT DOWN, through calling for ALL MULTI - CULTURAL CLIENTS WITHIN THE NEW YORK CITY REGION  TO CEASE ALL PATRONIZATION WITH YOUR ESTABLISHMENT and since we possess copies of ALL FRAUDULENT DOCUMENTS, we will report our findings to the multi – cultural media  community. The CEASING AND DESISTING of ALL negative actions evidenced through the full WITHDRAWAL OF YOUR ILLEGAL FORECLOSURE ACTION in  her case will result in Positive Press coverage, as opposed to NEGATIVE PRESS for BANCO POPULAR. ( IT SHOULD BE NOTED AT THIS TIME THAT THERE IS NO STATUTE OF LIMITATIONS FOR BANK FRAUD!)  We will expect a reply within ONE week from the date of receipt of this document, or we will proceed with our stated action!

Thanking you in advance for your cooperation regarding this matter.

Sincerely yours,

Kim E. Fuller – Media Investigator representing M.O.M.A.

_See Attached_

Acknowledged by Carol Newkirk

CC LISTING IS AS FOLLOWS:

CC: BANCO POPULAR EXECUTIVE OFFICES – OFFICE OF THE PRESIDENT AND C.E.O.

CC: NYS Banking Department – Fraud Division

CC: New York Beacon News

CC: Caribbean Life News (CNG)

CC: Diasporan Star News CC: Inner City Broadcasting – Radio Stations WBLS and WLIB

## KIM E. FULLER – INDEPENDENT JOURNALIST / INVESTIGATIVE REPORTER
1330 Avenue of the Americas Suite 23A
New York, NY 10019
ALT # for Kim E. Fuller – (347) 339 - 3742

BANCO POPULAR N.A.
120 Broadway, 16th Floor
New York, N.Y. 10271
Attn: Matt Forde – Corporate Counsel
Attn: Evelyn De Jesus

## NOTICE OF OFFICIAL MEDIA INVESTIGATION

Investigation Commencement Date: *March 8, 2012*
Follow – up Documentation dated: *March 28, 2012*

Below you will find the original letter served to you on March 21, 2012, as stated in the
letter, Banco Popular was given five business days to CEASE and DESIST ALL actions
In pursuit of this case, or we would proceed to the next step.  The deadline was reached
yesterday at 5:00 PM! As we have received no response, we forwarded the documents to
your main corporate office in Illinois to your bank President Mr. Carlos Vasquez,
scheduled to be received at his office by 10:30 this morning.  I am therefore advising your
establishment, once again to Cease and Desist pursuit of this illegal, highly fraudulent
transaction in an attempt to avoid the deluge of NEGATIVE media publicity, in which the
entire multi cultural media community will receive copies of the same! For your
information Ms. Newkirk has received a NOTICE TO QUIT from the receivers law firm as
of yesterday, this attempt to continue the illegal eviction is not what was anticipated,
however the fact that it was done after we met with you, is the initial grounds for us to
proceed and do what we must do! Even if the final outcome is the SHUTTING DOWN OF
YOUR BANK throughout The United States of America.

Hoping for you to give serious thought to this matter, in an attempt to end this problem.

Kim Fuller – Investigative Journalist

Regarding : THE ILLEGAL ACTIONS OF BANCO POPULAR AGAINST:
                  HOMEOWNER CAROL NEWKIRK AND SON PAUL QUANTANO
                  IN REFERENCE TO THE LEGAL RESIDENCE OF 323 EAST 58TH
                  NEW YORK NY 10022

Please take notice, that upon the sworn affidavit of, Ms. CAROL NEWKIRK, on behalf of
herself and her son PAUL QUANTANO, I Kim E. Fuller – Independent Journalist /
Investigative Reporter have deemed that her case has sufficient circumstances to merit
investigation and the reporting of findings to the multi – cultural media community, first of
those findings being why she has being unfairly targeted by the bank attempting to  take
her home and evict her and her son.

It is not the Banks responsibility to attempt to connive and cheat their multi – cultural customers, who did all transactions in compliance following bank protocol, only for the bank to CHEAT them out of vast monies paid to them over the years (Since 2002) and not receive the same respect and courtesies being given to resolve the matter in an amicable manner. Based upon the purely despicable treatment that Ms. Newkirk has received We will through our media channels organize commence in an action to SHUT YOUR BANKING ESTABLISMENT DOWN, through calling for ALL MULTI - CULTURAL CLIENTS WITHIN THE NEW YORK CITY REGION TO CEASE ALL PATRONIZATION WITH YOUR ESTABLISHMENT and since we possess copies of ALL FRAUDULENT DOCUMENTS, we will report our findings to the multi – cultural media community. The CEASING AND DESISTING of ALL negative actions evidenced through the full WITHDRAWAL OF YOUR ILLEGAL FORECLOSURE ACTION in her case will result in Positive Press coverage, as opposed to NEGATIVE PRESS for BANCO POPULAR. ( IT SHOULD BE NOTED AT THIS TIME THAT THERE IS NO STATUTE OF LIMITATIONS FOR BANK FRAUD!) We will expect a reply within ONE week from the date of receipt of this document, or we will proceed with our stated action!

Thanking you in advance for your cooperation regarding this matter.
Sincerely yours,

Kim E. Fuller – Media Investigator representing M.C.M.A.

Acknowledged by Carol Newkirk
CC LISTING IS AS FOLLOWS:

CC: BANCO POPULAR EXECUTIVE OFFICES – OFFICE OF THE PRESIDENT AND C.E.O.
CC: NYS Banking Department – Fraud Division
CC: New York Beacon News
CC: Caribbean Life News (CNG)
CC: Diasporan Star News
CC: Inner City Broadcasting – Radio Stations WBLS and WLIB

## KIM E. FULLER – INDEPENDENT JOURNALIST / INVESTIGATIVE REPORTER

1330 Avenue of the Americas Suite 23A
New York, NY 10019
ALT # for Kim E. Fuller – (347) 339 - 3742

BANCO POPULAR N.A.
9600 West Bryn Manr Avenue
Rosemont, Illinois 60018
Attn: President / C.E.O. – Mr. Carlos Vasquez
1 – (800) 377 – 0800 Press 1 then Press 2

NEW YORK
COUNTY CLERK'S OFFICE

MAR 19 2012

NOT COMPARED
WITH COPY FILE

### NOTICE OF OFFICIAL MEDIA INVESTIGATION

Investigation Commencement Date: _March 8, 2012_

Regarding : THE ILLEGAL ACTIONS OF BANCO POPULAR AGAINST:
_____ HOMEOWNER CAROL NEWKIRK AND SON PAUL QUANTANO
_____ IN REFERENCE TO THE LEGAL RESIDENCE OF 323 EAST 58TH
_____ NEW YORK NY 10022

Please take notice, that upon the sworn affidavit of, Ms. CAROL NEWKIRK, on behalf of
herself and her son PAUL QUANTANO, I Kim E. Fuller – Independent Journalist /
Investigative Reporter have deemed that her case has sufficient circumstances to merit
investigation and the reporting of findings to the multi – cultural media community, first of
those findings being why she has being unfairly targeted by the bank attempting to  take
her home and evict her and her son.

It is not the Banks responsibility to attempt to connive and cheat their multi – cultural
customers, who did all transactions in compliance following bank protocol, only for the
bank to CHEAT them out of vast monies paid to them over the years (Since 2002) and not
receive the same respect and courtesies being given to resolve the matter in an amicable
manner.  Based upon the purely despicable treatment that Ms. Newkirk has received We
will through our media channels organize commence in an action to SHUT YOUR
BANKING ESTABLISMENT DOWN, through calling for ALL MULTI - CULTURAL
CLIENTS WITHIN THE NEW YORK CITY REGION  TO CEASE ALL
PATRONIZATION WITH YOUR ESTABLISHMENT and since we possess copies of ALL
FRAUDULENT DOCUMENTS, we will report our findings to the multi – cultural media
community.  The CEASING AND DESISTING of ALL negative actions evidenced through
the full WITHDRAWAL OF YOUR ILLEGAL FORECLOSURE ACTION in  her case
will result in Positive Press coverage, as opposed to NEGATIVE PRESS for BANCO
POPULAR. ( IT SHOULD BE NOTED AT THIS TIME THAT THERE IS NO STATUTE
OF LIMITATIONS FOR BANK FRAUD!)  We will expect a reply within ONE week from
the date of receipt of this document, or we will proceed with our stated action!

Thanking you in advance for your cooperation regarding this matter.
Sincerely yours,

_____
Kim E. Fuller – Media Investigator representing M.C.M.A.

_____
Acknowledged by Carol Newkirk

CC LISTING IS AS FOLLOWS:

CC: BANCO POPULAR EXECUTIVE OFFICES – OFFICE OF THE PRESIDENT AND C.E.O.
CC: NYS Banking Department – Fraud Division
CC: New York Beacon News
CC: Caribbean Life News (CNG)
CC: Diasporan Star News
CC: Inner City Broadcasting – Radio Stations WBLS and WLIB

NEW YORK
COUNTY CLERK'S OFFICE

MAR 19

NOT COMPARED
WITH COPY FILE

KIM E. FULLER - INDEPENDENT JOURNALIST / INVESTIGATIVE REPORTER.
1330 Avenue of the Americas Suite 23A
New York, NY 10019
ALT # for Kim E. Fuller – (347) 339 - 3742
Fullerkim60@yahoo.com.ph

PRESS RELEASE

## BANCO POPULAR UNPOPULAR WITH THE MULTI – CULTURAL COMMUNITY

Banco Popular is extremely UNPOPULAR within New York City 's Multi – Cultural Community. This is due to the ongoing media investigation conducted by Mr. Kim E. Fuller and his press team. The investigation revealed that a significant portion of Banco Popular's they engage in a lot of unsavory practices, such as: Running a FRAUDULENT Mortgage and Loan Department, where by they approve one for a homeowner or commercial building loan, allowing the borrower to invest their money in the property and make capital improvements on the building, thus increasing the property's value and THEN they aggressively move towards FORECLOSURE of the same property, therefore they take the property back with the increased value, that was paid for by the borrower. The fact that a ONE HUNDRED NINETY MILLION DOLLAR LAWSUIT was settled against them validates this fact. During their aggressive FORECLOSURE undertaking, terrorization tactics are done to the homeowner, opposing lawyers representing the homeowner are bribed or payed off, judges handing the foreclosure case are paid off and lastly the HOMEOWNERS are threatened with physical harm or DEATH, if they don't cooperate with the banks efforts by just leaving the premises and allowing the foreclosure to go through without opposition. Recently one of our operatives, posing a a willing investor buyer with a friend, was told by a high level risk management officer, and I quote: "WE ARE GOING TO THROW OUT THAT LITTLE OLD BLACK LADY" and then our operatives were issued a new buyers contract, for the same property that the buyer that was referred to has lived in since 2002. Banco Popular allegedly orders fixed bankruptcy cases to deprive the homeowner of receiving protection through the legal right of Bankruptcy proceedings. The same referred to "LITTLE OLD BLACK LADY" was called out by name by a person she did not know, she replied "DO I KNOW YOU?", the person replied "YOU DON'T NEED TO KNOW ME, BUT I KNOW YOU". he then proceeded to tell her the address where she lived and every step she had taken that day and then told her to do the smart thing and inferred that she knew what that meant! The threatening individual has been identified by the court officers who came to investigate the court building incident, he is the same man who gave our operatives his card and talked about throwing out the little old black lady, he is identified as the Banco Popular VICE PRESIDENT – Anthony G. Marlo of their Business Banking Group, based at 120 Broadway – 16th Floor in New York City. Banco Popular then allegedly proceeded to BRAKE INTO HER HOUSE and the

PAGE ONE OF TWO

police called and reportedly were willing to arrest the bank officers, who were found on her premises, however the homeowner still gave them a chance by not pressing charges, in hopes that all of their harassment would stop, but it did NOT!  This particular case appears to be filled with FRAUDULENT BANK DOCUMENTS and is currently the subject of extensive media investigation.  BANCO POPULAR requested the judge to approve  their appointed building management co , which was identified as BPC Management out of Brooklyn, headed by Douglas Rosenberg. This appointment was approved, despite the fact that Mr. Douglas Rosenberg is under investigation regarding the mysterious DEATH of another elderly lady, who happened to be the sole occupant of another building under his management company, this can be verified by googling Douglas Rosenberg Criminal Investigations, the above referenced case remains an unsolved HOMICIDE.

I, Kim Fuller am informing ALL of our Multi Cultural Community Members to "BE WARNED!"

Evidentiary Documents supporting ALL allegations may be reviewed by goggling the following:

BANCO POPULAR CASE SETTLEMENTS 2007 / 2008
BANCO POPULAR MONEY LAUNDERING CASE PUERTO RICO 2003 / 2011
BANCO POPULAR MONEY LAUNDERING CASE COSTA RICO
BANCO POPULAR LAWSUITS
BANCO POPULAR SHOW ME THE NOTE
BANCO POPULAR FORECLOSURE FRAUD
BANCO POPULAR CUSTOMER COMPLAINTS
BANCO POPULAR MANHATTAN DA CASE
BANCO POPULAR 195 MILLION DOLLAR SETTLEMENT
BANCO POPULAR 250 MORTGAGE SETTLEMENT
BANCO POPULAR 2001 20 MILLION CASE SETTLEMENT

Cc: New York Beacon News
Cc: Caribbean Life News (CNG)
Cc: Diasporan Star News
Cc: Inner City Broadcasting Radio Stations WLIB and WBLS
Cc: Manhattan District Attorneys Office – Special Prosecutions Dept. 80 Centre St .
    NYC (212) 335 - 8900
Cc: Manhattan Supreme Court
Cc NYS Banking Department – Fraud Division

PAGE TWO OF TWO

KIM E. FULLER - INDEPENDENT JOURNALIST / INVESTIGATIVE REPORTER.
1330 Avenue of the Americas Suite 23A
New York, NY 10019
ALT # for Kim E. Fuller – (347) 339 - 3742
Fullerkim60@yahoo.com.ph

# JOURNALISTIC ORDER # 66
# ORDER TO EXECUTE INTERNATIONAL MEDIA STORY

Herein on this date of March 16, 2012, I, Kim E. Fuller – Veteran Journalist am calling for the immediate publicity and publishing of the attached article throughout New York City's Five Boroughs, Nationally and Internationally throughout the Developing Nations Region of the World, particularly throughout the Caribbean Sector of the World, as well as throughout ALL or our participating Countries from the African Continent.

This order is being made and executed IMMEDIATELY following the occurance of ANY of the following events:

1) The disappearance of Myself or Ms. Carol Newkirk or her son Mr. Paul Quantano
2) An unlucky accident befalling the same three or any of the three individuals
3) An unexpected case of death or HOMICIDE involving any of the above three or family members connected to them.
4) Any criminal actions directed at any of the three, from any potential individuals which will be hired by the above perpetrators furnished the story
5) Total Blocking of allowing the named business entity from entering or doing business in the country, as well as, closing down any business entities affiliated with the same.

The reasons for execution of this order are explained in the attached article, however to reiterate the same, I, Kim E. Fuller took on this independent media investigative assignment on my own free will on March 8, 2012 re: The attempted foreclosure and eviction of Ms. Carol Newkirk based in New York City.  Ms. Newkirk is a 68 year old African American Senior Citizen, who has owned her home since 2002. Upon her completion of the beautification and transformation of the building at her own expense, the bank attempted to reclaim the property through foreclosure, but this bank doesn't play by traditional legal bank rules, these miscreants MAKE THEIR OWN! They must be reported internationally, put out of business and LOCKED UP!

PAGE ONE OF TWO

PAGE TWO OF TWO

Order # 66, upon execution is ABSOLUTE, IRREVOCABLE and IRREVERSIBLE, as per decreed by The International Community Partner Programs Developing Nations Division at their historical First meeting held on January 18, 2007. The Business Deep Six Orders were approved, ratified and executed unanimously by ALL members present, representing the THIRTY DEVELOPING NATIONS in alliance with New York's Business Community. As per the series of orders geared to protect their nationals from being scammed, robbed and in an attempt to protect their countries from ANY unscrupulous businesses attempting to bring their illegitimate practices to the same, the following orders were issued: Order 06 – Local Businesses operating within the Five Boroughs of New York City, Order 60 – National Businesses operating in more than one state within the U.S. and Order 66 – Is reserved exclusively for business operating within the US and Outside of the U.S., in which case, the countries Consul Generals are contacted immediately, after which they proceed to inform their countries Cabinet Ministers and subsequently their countries PRESIDENT. The Business DEEP SIX series of Orders is an international act and is therefore immune / not subject to / not of jurisdiction by any Local court or National Court! Furthermore the Business Deep Six Orders have been put in place by the Diplomatic Corps. Members representing the Thirty Countries and have enjoyed the attention of former U.S. President BILL CLINTON in addition to multiple Multi – Cultural Media outlets! This series of orders may be enacted based upon PROBABLE CAUSE determined through a thorough Media Investigation and DOES NOT require a local or national court to deliver a guilty verdict regarding the same, taking this action against a business entity is the equivalent to being found guilty of the RICO LAW instituted by the U.S. Department of Justice, enacted on behalf of the Developing Nations through their authorized, diplomatic representatives.

Signed, Sealed and Faithfully Submitted upon this date of March 19, 2012,

_____
Kim E. Fuller

_____
Carol Newkirk

Official Seal